■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARBARA MAISONET, Appellant. [46 NYS3d 798]—Judgment, Supreme Court, Bronx County (George Villegas, J.), rendered February 16, 2016, convicting defendant, upon her plea of guilty, of promoting prison contraband in the second degree, and sentencing her to a term of 90 days, unanimously affirmed.

Defendant's claims that her plea was involuntary and that she received ineffective assistance of counsel are unreviewable on direct appeal because they involve matters not reflected in the record. Accordingly, since defendant has not made a CPL 440.10 motion, the merits of these claims may not be addressed on appeal. In the alternative, to the extent the existing record permits review, we find that it fails to support defendant's

claims, which are largely based on speculation. Concur—Richter, J.P., Manzanet-Daniels, Gische, Webber and Kahn, JJ.